DEFENDANT:   FRANCISCO LABRADOR-SARABIA

YOB:   1983

COMPLAINT FILED?     __x__ Yes     _____ No

OFFENSE(S):   COUNT 1: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) – Possession with Intent to Distribute a Controlled Substance

COUNT 2: 21 U.S.C. § 846 – Conspiracy to Possess and Distribute a Controlled Substance

LOCAT. OF OFFENSE:   La Plata County, State and District of Colorado

PENALTY:   COUNT 1: NMT than 20 years imprisonment; a maximum $1,000,000 fine or both; a term of supervised release of NMT three (3) years; and a $100 special assessment fee.

COUNT 1: NMT than 20 years imprisonment; a maximum $1,000,000 fine or both; a term of supervised release of NMT three (3) years; and a $100 special assessment fee.

AGENT:   Walter Stauffer, Homeland Security Investigations Agent

AUTH. BY:   Lisa Franceware, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __x__ over five days     ____ other

THE GOVERNMENT

__x__ will seek detention under 18 U.S.C. §§ 3142(f)(1) & (f)(2).

_____ will not seek detention

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:     ___ Yes     _X_ No